EXHIBIT 1
Down on the farm
DVD



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

PA 1-698-357

**Effective date of registration:**

August 27, 2010

## Title

**Title of Work:** Corbin Fisher Amateur College Men Down On The Farm

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 26, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture, Artwork/Photographs

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103 United States

## Certification

**Name:** Jason Gibson

**Date:** August 26, 2010

**Applicant's Tracking Number:** DVD-Down On The Farm