UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>d/b/a CORBIN FISHER<br><br>    Plaintiff,<br><br>    vs.<br><br>SWARM OF NOVEMBER 15 to DECEMBER 4, 2010,<br>SHARING HASH FILE<br>AE340D0560129AFEE8D78CE07F2394C7B5BC9C05;<br>AND DOES 1 through 20,<br><br>    Defendants. | Case No. 1:11cv239<br><br>Judge Michael R. Barrett<br><br>Magistrate Judge Stephanie K. Bowman |

**NOTICE OF DISMISSAL OF ACTION AS TO DOE 8 ONLY**

Now comes Plaintiff, Liberty Media Holdings d/b/a Corbin Fisher, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), **hereby dismisses this action with prejudice as to <u>Defendant Doe 8 only</u>**.

Plaintiff avers that no opposing party has filed an answer, a motion for summary judgment, or a counter-claim in this matter, and thus pursuant to Fed.R.Civ.P. 41, no stipulation or motion is required in order to effect a dismissal.

                                          Respectfully submitted,

                                          __/s/ Scott R. Nazzarine_____
                                          SCOTT R NAZZARINE (Ohio Bar No. 0079819)
                                          3621 Morris Place
                                          Cincinnati, Ohio 45226
                                          (513) 543-2312
                                          kayanazz@hotmail.com

                                          Counsel for Plaintiff
                                          Liberty Media Holdings d/b/a Corbin Fisher

2

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was filed electronically using the Court's Case Management/Electronic Case Filing (CM/ECF) system on this 6th Day of December, 2011. Luther J. Mills, Esq, as counsel for Defendant John Doe #15, is the only attorney or party who has made an appearance in this action and who is known by Plaintiff at this time, and Mr. Mills will be served by the Court's CM/ECF system. As the identities of the remaining Defendants either remain unknown or the Defendants have previously been dismissed from this case prior to making any appearance in this action, Plaintiff is unable to serve any other remaining Defendant at this time.

Respectfully submitted,

___/s/ Scott R. Nazzarine___
SCOTT R NAZZARINE (Ohio Bar No. 0079819)

Counsel for Plaintiff
Liberty Media Holdings d/b/a Corbin Fisher