UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LIBERTY MEDIA HOLDINGS, LLC d/b/a Corbin Fisher | : : : | Case No. 1:11-cv-00239-MRB |
| | : | Judge Michael R. Barrett |
| Plaintiff, | : : | |
| Vs. | : : | |
| SWARM OF NOVEMBER 15 TO DECEMBER 4, 2010, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5B C9CO5; AND DOES 1 through 20, | : : : : : | |
| Defendants. _____ | : : | |

_____
**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**
_____

Now comes Plaintiff, Liberty Media Holdings d/b/a Corbin Fisher, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby dismisses this action without prejudice in its entirety.

Plaintiff avers that no opposing party has filed an answer, a motion for summary judgment, or a counter-claim in this matter, and thus pursuant to Fed.R.Civ.P. 41, no stipulation or motion is required in order to effect a dismissal.

Respectfully submitted,

  /s/ Scott Ryan Nazzarine
SCOTT RYAN NAZZARINE (Ohio Bar No. 0079819)
3621 Morris Place
Cincinnati, Ohio 45226
(513) 543-2312
kayanazz@hotmail.com

Counsel for Plaintiff
Liberty Media Holdings d/b/a Corbin Fisher

**CERTIFICATE OF SERVICE**

      I hereby certify that an exact copy of the foregoing document was filed electronically using the Court's Case Management/Electronic Case Filing (CM/ECF) system on this 15th Day of May, 2012.  Luther J. Mills, Esq., as counsel for Defendant John Doe #15, is the only attorney or party who has made an appearance in this action and who is known by Plaintiff at this time; and Mr. Mills will be served by the Court's CM/ECF system.  As the identities of the remaining Defendants are either unknown or have already been dismissed prior to making any appearance in this action, Plaintiff is unable to serve any other Defendants at this time.

      Respectfully submitted,

      /s/ Scott Ryan Nazzarine
      SCOTT RYAN NAZZARINE (Ohio Bar No. 0079819)
      3621 Morris Place
      Cincinnati, Ohio 45226
      (513) 543-2312
      kayanazz@hotmail.com

      Counsel for Plaintiff
      Liberty Media Holdings d/b/a Corbin Fisher